EL PUEBLO, DEMANDANTE Y APELADO, *v.* SERRANO, ACUSADO Y
APELANTE.

Apelación procedente de la Corte de Distrito de Arecibo
en una causa por alteración de la paz pública.

No. 704.—Resuelto en diciembre 15, 1914.

ALTERACIÓN DE LA PAZ PÚBLICA—DENUNCIA SUFICIENTE—RIÑA.—Es suficiente
una denuncia que imputa al acusado el que voluntaria y maliciosamente per-
turbó la paz y tranquilidad del vecindario con un fuerte escándalo riñendo
mutuamente, no siendo necesario alegar más, pues la riña es uno de los medios
de alterar la paz pública.

PRUEBA CONTRADICTORIA — APRECIACIÓN DEL TRIBUNAL SENTENCIADOR — PASIÓN,
PREJUICIO, PARCIALIDAD O MANIFIESTO ERROR.—Cuando la prueba es contradic-
toria la apreciación que de la misma haga el tribunal sentenciador no alegán-
dose que haya sido influída por pasión, prejuicio, parcialidad o con mani-
fiesto error, no será alterada por este tribunal.

Los hechos están expresados en la opinión.
Abogado del apelante: *Sr. Rafael López Landrón.*
Abogado del Pueblo: *Sr. Salvador Mestre, Fiscal.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tri-
bunal.

El apelante Crispín Serrano fué denunciado en unión de
otros cinco más ante la Corte Municipal de Manatí por el

delito de turbar la paz. La misma denuncia fué juzgada de nuevo por la Corte de Distrito de Arecibo contra él y dos de los otros denunciados, recayendo allí sentencia condenatoria contra Crispín Serrano y Juan C. García, que sólo apeló el primero y por la que se le condenó a sufrir dos meses de cárcel.

Los motivos en que el apelante funda su recurso son dos: que la denuncia es defectuosa y que la sentencia condenatoria no está sostenida por la prueba.

No encontramos justificados los errores que se alegan. La denuncia imputó a los acusados el que voluntaria y maliciosamente perturbaron la paz y tranquilidad del vecindario con un fuerte escándalo riñendo mutuamente, y no necesitaba alegar más, pues la riña es uno de los medios de alterar la paz pública.

En cuanto al segundo motivo de error nos bastará decir que, siendo contradictoria la evidencia respecto de la participación del apelante en el delito porque se le condenó, según él reconoce, y habiendo sido decidido por el juez ese conflicto en contra del apelante, sin que se alegue que al decidirse en ese sentido lo hiciera influído por pasión, prejuicio, parcialidad o con manifiesto error, no estamos justificados para prescindir de su apreciación.

La sentencia apelada debe ser confirmada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro y Hutchison.

El Juez Presidente Sr. Hernández no formó parte del tribunal en la vista de este caso.